IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| STEPHEN F. WOOD, DDS | § | |
|    Plaintiffs | § | |
| | § | |
| v. | § | CASE NO.  5-17-cv-00082-XR |
| | § | |
| | § | |
| SENTINEL INSURANCE COMPANY LTD | § | |
|    Defendant. | § | JURY TRIAL |

## PARTIES' AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiff Stephen F. Wood, DDS ("Plaintiff") and Defendant Sentinel Insurance Company Ltd. ("Sentinel"), file this Agreed Motion to Dismiss with Prejudice and respectfully show the following:

## I.
## PROCEDURAL POSTURE

Plaintiff sued his home owner's insurance carrier for coverage under the insurance policy, based on a storm that allegedly damaged the property located at 13410 NW Military Hwy., San Antonio, Texas 78231 on or about April 12, 2016.  Plaintiff has since asserted in the alternative that the loss was the result of vandalism.  The insurance policy is identified as Policy Number 65SBAIX8586 issued by Sentinel.  Plaintiff and Sentinel have entered into a confidential settlement to amicably resolve all claims and damages.  Sentinel denies all liability to Plaintiff.

## II.
## AGREED MOTION TO DISMISS

Because this case has been amicably settled with respect to all claims asserted, or that could have been asserted by Plaintiff, the Parties respectfully request that this Court dismiss this case with prejudice with each party bearing its own respective costs and attorneys' fees. A proposed Agreed Order of Dismissal with Prejudice is attached.

## III.
## PRAYER

Plaintiff and Sentinel respectfully pray that this court sign the attached Agreed Order of Dismissal with Prejudice.

Respectfully submitted,

| | |
|---|---|
| */s/ Clare Pace Rodgers* | */s/ Martin R. Sadler* |
| Clare Pace Rodgers | Martin R. Sadler |
| Texas Bar No. 24079097 | Federal Bar No. 18230 |
| Pace Rodgers Law | Lugenbuhl, Wheaton, Peck, Rankin & |
| 1718 San Pedro | Hubbard, A Law Corporation |
| San Antonio, Texas 78212 | 801 Travis Street, Suite 1800 |
| Telephone: (830) 624-9865 | Houston, Texas 77002 |
| Facsimile: (210) 579-6679 | Telephone: (713) 222-1990 |
| Email: crodgers@pacerodgerslaw.com | Facsimile: (713) 222-1996 |
| | Email: msadler@lawla.com |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |

### Certificate of Service

This is to certify that a true and correct copy of the above pleading has been forwarded by electronic service on this, the 16th of February, 2018.

Clare Pace Rodgers
Pace Rodgers Law
1718 San Pedro
San Antonio, Texas 78212

                                            */s/ Martin R. Sadler*_____
                                            Martin R. Sadler