# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| STEPHEN F. WOOD DDS, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civil Action No.  SA-17-CV-82-XR |
| § | |
| SENTINEL INSURANCE COMPANY, § | |
| § | |
| *Defendant*. § | |
| § | |

## DISMISSAL ORDER

Before the Court is the Parties' Agreed Motion to Dismiss with Prejudice (docket no. 18). The motion is GRANTED. Accordingly, all claims in the above-captioned case are DISMISSED WITH PREJUDICE, each party to bear their own costs and attorneys' fees.

It is so ORDERED.

SIGNED this 16th day of February, 2018.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE